# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CHESTER FLANAGAN, MARY ANN FLANAGAN, DECEASED, THE ESTATE OF MARY ANN FLANAGAN; § § § § § § *Plaintiffs*, § § v. § § HARRISON COUNTY § SHERIFF'S DEPARTMENT, § § § *Defendant*. § | CIVIL ACTION NO.  2:19-CV-00086-JRG |

## ORDER

Judge Payne entered a Report and Recommendation (Dkt. No. 4) recommending dismissal of this action without prejudice for failure to prosecute. Namely, the Report and Recommendation noted that Plaintiffs Chester Flanagan and Mary Ann Flanagan ("Plaintiffs") had not filed evidence of proper service under Fed. R. Civ. P. 4(m). Plaintiffs have not filed objections to the Report and Recommendation.

After conducting a de novo review of the Report and Recommendation, the Court agrees with the reasoning provided therein. Consequently, the Court **ADOPTS** the Report and Recommendation. All claims asserted by and between the parties in the above-captioned case are hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 8th day of November, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE